Lee Reed T00582
Name and Prisoner Booking Number

SATF (CORCORAN)
Place of Confinement

900 Quebec Avenue
Mailing Address

Corcoran CA 93212
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE Andrew Reed,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) C. NELSON (R&R officer),
(Full Name of Defendant)

(2) RICK M. HILL (Warden),

(3) T.R. KAUFFMAN (Health care Lt.),

(4) Unknown Medical staff,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

1:20-cv-00330 SAB (PC)

CASE NO. ______
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ______.

2. Institution city where violation occurred: FSP-old Folsom state prison, PO BOX 71 Represa, CA 95671.

DECLARATION UNDER PENALTY OF PERJURY

I Lee A. Reed Declare under penalty of perjury that the following is true and correct to the best of my recollection.

In the year of 2011 I had surgery on my back, where as several screws plates and surgical metals were installed. I was issued several medical chronos stateing I was not to be moved from medical facility I was housed at, (Vacaville) I was issued orders to not lift over a certain amount of pounds and given full restrictions on certain movement and or actions to include lower bunk lower tier status... to remain housed on the lower bunk lower tier only.

Prior to my forced transfer to Solano due to the new policy on the point system ALL LEVEL 2 INMATES MUST GO TO LEVEL 2 PRISONS; all medical documentation was in order and all restrictions were noted s.

While being housed in SOLANO I have an altercation with a corrections officer shortly after this time being sent to New Folsom Administrative Segregation then after a brief stay sent to Old Folsom Level 2, now all the sudden my medical documentation has been altered; as shown on document itself someone removed my Do Not Move (DNM) On 11-9-2015, as a retalitory tactic to get me removed from the institution as well as cause me future hardship.

This was made manifest when I arrived at Old Folsom LEVEL 2 Upon my arrival R&R officers C. Nelson and others took my Television which is on my property card as well as accounted for by my reciept.

Iasked R&R to give me an assistant due to my ADA (AMERICAN DISABILITY ACT) status as well as my limited mobility; for I could not lift my property let alone take it up the stairs.

Officer said that he was making a medical decision and that "I was taking the fucking Boxes..." After I protested I had to follow orders so I tried to carry my property which weighed about 50 pounds up a flight of stairs, as a result I fell down 27 stairs causing the surgical metals embedded in my spine to shift causing me a tremendous amount of pain.

Dated 2-27-20

Lee Reed

Mr. Lee A. Reed #T00582

## B. DEFENDANTS

1. Name of first Defendant: officer C, Nelson. The first Defendant is employed as: F-S-P R$R Property officer (Position and Title) at Folsom state Prison (Institution).

2. Name of second Defendant: Rick M. Hill. The second Defendant is employed as: WARDEN (Position and Title) at FSP-old folsom, Folsom (Institution).

3. Name of third Defendant: T.R. KAUFFMAN. The third Defendant is employed as: Health Care Lieutenant (Position and Title) at " " (Institution).

4. Name of fourth Defendant: Unknown medical staff. The fourth Defendant is employed as: Medical officials (Position and Title) at " " (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? N/A. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: NONE v. ______
   2. Court and case number: NONE
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) N/A

b. Second prior lawsuit:
   1. Parties: NONE v. ______
   2. Court and case number: NONE
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) N/A

c. Third prior lawsuit:
   1. Parties: NONE v. ______
   2. Court and case number: NONE
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) N/A

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: RIGHT TO SAFETY & SECURITY A Liberty interest was created due to neglect.

2. Claim I. Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☒ Other: Negligence of officer

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I informed Defendant 1, about my medical restrictions, (NO STAIRS (NO HEAVY LIFTING)(BACK OPPERATION) He told me FUCK THAT YOU ARE CARRYING YOUR OWN SHIT and gave me a polly. He never looked up my medical history , nor allowed me to produce my chronos that would have proven my restrictions...This action led to me falling down several stairs...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Upon falling down stairs several surgical metals and screws were loosened and shifted causing severe pain which exist till date.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NONE

## CLAIM II

1. State the constitutional or other federal civil right that was violated: ADA rights to SAFETY and security.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [x] Other: ADA RIGHTS TO SAFETY

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Defendant number 1 C. NELSON's actions where an example of the WARDENS DEFENDANT #2 lack of safety regulations for ADA inmates if WARDEN allowed an ADA inmate to arrive at his institution he should have had reasonable accomodations and have his officers fully trained in how to safely maintain the inmates safety on all levels.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

My rights as an ADA inmate where violated causing not only the physical injury of falling down the stairs but the suffering of emotional and discriminatory pain for such harsh treatment.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No

c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [ ] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

none

## CLAIM III

1. State the constitutional or other federal civil right that was violated: FALSIFICATION OF MEDICAL DOCUMENTS (RECORD)

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [x] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

T.R. KAUFFMAN being the Health Care Lt. Should have taken every step to protect my safety under the ADA standard; whoever this unknown medical offical is my documents show that I was not to be moved from medical facility, upon a superficial examination one can see that my physical restrictions alone impairs me from climbing stairs and lifting more than 15 pounds; since the actual medical official is unknown the responsibility lanes on the mystery medical officials supervisor T.R. KAUFFMAN. Greater medical care of my file would have prevented this entire ordeal.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Several screws and metal shifting in my back by falling down 27 stairs due to the removal of my do not move ADA notice in file Due to defendants lack of concern of viewing my file.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

b. Did you submit a request for administrative relief on Claim III? [x] Yes [ ] No

c. Did you appeal your request for relief on Claim III to the highest level? [x] Yes [ ] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NONE

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

$25,000 from each defendant, ALL MEDICAL and LEGAL fees covered as well as another $100,000 for the amount of lost wages for my earning potential could be valued at $50,000 annually for the final 2 years of my working age totalling $200,000.

Amounts against defendants are punitive, the $200,000 is to be covered by defendant or defendants who are held liable for any part of suit. I would like to include any damages that the court deems defendants are to be held responsible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3 1 - 20
DATE

Lee Reed
SIGNATURE OF PLAINTIFF

Mr. Kerry L. Parker Jr.
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LEE A. REED

v.

NELSON, HILL, KAUFFMAN
UNKNOWN MEDICAL STAFF

Case Number:

PROOF OF SERVICE

I hereby certify that on LEE A. REED, I served a copy of the attached 1983, CIVIL COMPLAINT by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

________________________:

(List Name and Address of Each Defendant or Attorney Served)

I declare under penalty of perjury that the foregoing is true and correct.

________________________
(Signature of Person Completing Service)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date: APR 1 9 2019

In re: Lee Reed, T00582
California Substance Abuse Treatment Facility and
State Prison at Corcoran
P.O. Box 7100
Corcoran, CA 93212-7100

TLR Case No.: 1819595 Local Log Nos.: FSP-18-01098, SAC-18-04146 and SATF-18-06986

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. Dominguez. All submitted documentation and supporting arguments of the parties have been considered.

I APPELLANT'S ARGUMENT: It is the appellant's position that on August 30, 2018, he was issued his property and discovered that his television (TV) was no longer working. The appellant believes his TV was broken at the time he was transferred from California State Prison - Sacramento (SAC) to Folsom State Prison (FSP). The appellant is requesting his TV be replaced or he be monetarily compensated so he can buy a new TV.

II SECOND LEVEL'S DECISION: The reviewer interviewed Correctional Officer (CO) R. Hart on November 6, 2018, regarding the appellant's appeal allegations. During the interview, CO Hart provided the reviewer with the appellant's property inventory sheet, which was provided to the appellant on August 19, 2018, and discovered that a TV was not documented within the property inventory sheet. Furthermore, the reviewer interviewed CO C. Nelson at FSP who stated he confiscated a TV from the appellant because the TV was broken and did not belong to the appellant as it was not documented on his property card. The SLR noted that the TV noted on the February 12, 2018, CDC Form 1083, Inmate Property Inventory had a different serial number than the TV documented on the CDC Form 1083, dated August 21, 2018. The reviewer noted that CO G. Wooden was interviewed and stated that he transpacked the appellant's property for transfer to FSP, but that the appellant did not have a TV on August 19, 2018. Based upon the aforementioned the appellant's appeal was denied at the Second Level of Review (SLR).

III THIRD LEVEL DECISION: Appeal is denied.

A. FINDINGS: Upon review of the submitted documentation, the Third Level of Review (TLR) has determined the appellant's issues have been appropriately reviewed and evaluated by the institution. The TLR concluded that the institution conducted an inquiry into the appellant's allegations and was unable to substantiate the appellant's accusations, during the course of the inquiry. The California Code of Regulations, Title 15, Section (CCR) 3193(b) states, "The department shall accept liability for the loss or destruction of inmate personal property when it is established that such loss or destruction results from employee action." The TLR determined that the appellant's TV was confiscated because it was broken and was not on the appellant's property card. Therefore, the examiner concluded that department shall not accept liability for items which the appellant cannot prove he legally obtained. The TLR noted that the fact the TV was broken is irrelevant due to the appellant failing to prove that he was the rightful owner of the TV in his property. The examiner concurs with the SLR and concludes that relief at the TLR is not warranted.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the Government Claims Program, Office of Risk and Insurance Management Department of General Services, P.O. Box 989052, MS 414, West Sacramento, CA, 95798-9052, for further review.

**B. BASIS FOR THE DECISION:**
CCR: 3000, 3004, 3190, 3191, 3193
CDCR Operations Manual, Section: 54030.1, 54030.6

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

J. DOMINGUEZ, Appeals Examiner
Office of Appeals

For
M. VOONG, Chief
Office of Appeals

cc: Warden, SATF
Appeals Coordinator, SATF
Appeals Coordinator, FSP
Appeals Coordinator, SAC

Exhibit 1

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 0602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY | Institution/Parole Region: | Log #: | Category:

819916 | BP-O-18-0415 | 18

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Reed Lee | T00587 | 1-D1-127 | None ADA |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
Suffered InJury May Need operation

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** The R & R Sergeant advise me he was making a medical call,and refused to provided assaitance for retreiving a property. he stated to me,here is dolly,get your property. I gave him notice I could not lift

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** Staff complaint on custody making a medical call to denied ADA help;and I was the Sergeant name and property employee names,and ADA assistance.

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
Medical #1 , Medical #2

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: Lee Reed Date Submitted: 10-24-18

**By placing my initials in this box, I waive my right to receive an interview.**

FSP APPEALS OFFICE

FSP APPEALS OFFICE

CSATF APPEALS
DEC 11 2018

FSP APPEALS OFFICE
JAN 09 2019

REC BY COA

**C. First Level - Staff Use Only**

**Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: 11/5 10/29/18 Date: Date: Date:
☐ Cancelled (See attached letter) Date:
☒ Accepted at the First Level of Review.

Assigned to: J. Jacque L / Ha Monie Title: AM-HCS Date Assigned: 1-7-19 Date Due: 12-24-18

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: Interview Location:

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: M. Kaufman (First Name) Title: LT Signature: [signature] Date completed: 1-9-19

Reviewer: Tuequez (First Name) Title: AW Signature: [signature]

Date received by AC:

AC Use Only
Date mailed/delivered to appellant 2,5,19

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 0602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

The subject of my appeal is the R&R officer and the sergent Refused me ADA Assistance to get 3 Bags of Property Back to unit 1 # I fell down The stairs head first with the Dolly in my hands After I fell I Immediately felt Pain in my back area I got a medical X-Ray that showed I suffered a severe Injury they withheld the officers Name and Refuse me Help

Inmate/Parolee Signature: Lee Reed    Date Submitted: 12-23-2018

**E. Second Level - Staff Use Only**    **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to: Heckman    Title: AW HCS    Date Assigned: 1-14-19    Date Due: 2/22/2019

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 1/24/19    Interview Location: SATF OFFICE PHONE

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other ____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: M. Villegas (Print Name)    Title: CAPT    Signature: [signature]    Date completed: 1/24/19

Reviewer: J. Heckman    Title: WARDEN    Signature: [signature]
RICK M. HILL

Date received by AC: ____

AC Use Only
Date mailed/delivered to appellant 1 / 28 / 19

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Appellant agrees with captain M Villegas (SLR) facts that I do have An Adult basic Education score of 5.3 Because of my low score in Education I believe that the Interviewers at the FLR and SLR have not Afforded me Proper Due Process Protection or staff assistance in verifying the facts of my Grievance by Not Properly Investigating the facts Due to Personal biasness to Protect CDCR—

Inmate/Parolee Signature: Lee Reed    Date Submitted: 2-17-2019

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter) Date: ____
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: ____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant MAY 07 2019

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ____    Date: ____

Print Staff Name: ____    Title: ____    Signature: ____    Date: ____

Exhibit 2

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

181996

IAB USE ONLY | Institution/Parole Region: FSP-O-18-01415 | Log #: | Category: 4

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| Reed Lee | T00882 | 1-D1-127L | ADA |

A. Continuation of CDCR 602, Section A only (Explain your issue): My ADA needs and request for assistance was knowly and deliberate denied. i feld with the dolly in my hand head first. I was severely injury.

FSP APPEALS OFFICE

FSP APPEALS OFFICE

JAN 09

REC BY OOA

FEB 21 2019

Inmate/Parolee Signature: Lee Reed Date Submitted: 10-24-18

B. Continuation of CDCR 602, Section B only (Action requested): I Need the officers Name and the sergeant's Name so that I can Move foward with civil Actions ASAP

Inmate/Parolee Signature: Lee Reed Date Submitted: 12-23-2018

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

Inmate/Parolee Signature: ______________________ Date Submitted: __________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

Co-workers (1) Medical records reflect that Prior to being housed at (SSP) My medical records listed me as DPM And DNM (2) while at (SSP) Medical Doctor/John doe/ Jane doe/ whose true Names will be Identified at a later date, Remove my DPP Disability Placement status as (DPM) And (DNM) (3) The Names of the sergeant And officer who denied me (ADA) Assistance is John doe at this time until they can be Properly Identified these Persons are still alleged to have been Personally responsibile for refusing me (ADA) Assistance when I requested Resulting in my Injury due to having to Attempt to Move my Property and [illegible] by myself (4) Appellant medical records do show that Immediately after I fell and was Injured I went to medical And medical had (X rays) Taken and the Doctor stated there was Injury - The SLR was Incorrect because The facts show the Event was Reported and I sustained Injuries were Medically documented: (I'm requesting a full Investigation Into the Assertations of my Staff complaint to Include the Names of the sergeant Assigned to Proper medical treat for my Injurys

Inmate/Parolee Signature: [signature] Date Submitted: 2-17-2019

State of California

Exhibit 11

Department of Corrections and Rehabilitation

# Memorandum

Date: January 24, 2019

To: Reed, T00582
Folsom State Prison

Subject: **SECOND LEVEL APPEAL RESPONSE**
**LOG NO: FSP-O-18-01415**

**APPEAL IS DENIED**

**ISSUE:** The appellant submitting this appeal requests a Second Level Review (SLR) in regard to a Folsom State Prison Receiving and Release (R&R) Sergeant and R&R Officer allegedly refusing to provide the appellant with American with Disabilities Act (ADA) assistance in retrieving personal property and returning with the personal property to his assigned housing unit. The appellant claims he gave notice to the staff members that he could not lift the property and that his ADA request for assistance was knowingly and deliberately denied. Appellant also claims that he fell down the Unit 2 stairwell head-first with the property transport dolly and was severely injured.

The appellant originally submitted his appeal as a staff complaint. The appeal was reviewed by the Hiring Authority, who determined it did not meet the criteria to be processed as a staff complaint and as such, it was assigned as a routine appeal.

**INTERVIEW:** On Monday, October 29, 2018, the appellant was provided a face-to-face interview with Correctional Lieutenant T.R. Kauffman for a First Level Review. Prior to the interview, his Disability and Effective Communication System record was reviewed and indicated that the inmate's most recent Test of Adult Basic Education score is 5.3. The appellant's Strategic Offender Management System (SOMS) and Electronic Records Management System file was also reviewed and revealed that the appellant is a participant in the Mental Health Services Delivery System at the Correctional Clinical Case Management System level of care. The appellant is of Adequate Cognitive Functioning in accordance with the Developmental Disability Program (DPP). The appellant did not require any assistance for the interview.

The appellant was able to explain his appeal issue(s) completely and to the degree that the interviewer was satisfied that the appellant understood the appeal process. The appellant was afforded the opportunity to present any new or additional information relative to his appeal. The appellant verbally restated his written concerns and had no new information to add. The appellant's appeal was denied at the First Level Review.

On Thursday, January 24, 2019, the appellant was provided a telephonic interview with Captain M. Villegas in order to address his concerns at the SLR. The appellant was able to explain his appeal issue(s) completely and to the degree that the interviewer was satisfied that the appellant understood the appeal process. The appellant was afforded the opportunity to present any new or additional information relative to his appeal.

The appellant was asked about his request to be provided with the names of the Sergeant and Officer name who allegedly denied him ADA assistance. The appellant indicated that he does not have an issue with the R&R Custody Staff who were working on the date of his alleged fall and injury. Rather, he feels that various medical staff members removed his DPM (Mobility Impaired, Impacting Placement) and DNM (Mobility Impaired, Not Impacting Placement) designations that day, which caused custody staff to deal with him incorrectly the same day.

The appellant claimed that he fell down the Unit 2 stairwell head-first with the property transport dolly and was severely injured because he was denied ADA assistance. When asked if there were any staff or inmate witnesses to the fall, the appellant indicated that there were none, that he did not report the fall, and that the event was not documented.

The appellant further stated that he simply wants treatment of the injuries he sustained during the alleged fall and that he has a prior existing injury which required multiple screws to be placed in his body as part of the treatment process. The appellant stated that he is suffering ongoing pain at the original placement sites of the hardware since his alleged fall and that he would like to be transferred to the California Health Care Facility (CHCF) for medical treatment and recovery.

**FINDINGS:** The appeal and all attached documentation were reviewed. During the SLR telephonic interview, the appellant indicated that he no longer wishes to be provided with the names of the Sergeant and Officer assigned to R&R on the day of the alleged incident. The appellant further indicated that he wishes to be transferred to CHCF for medical treatment and recovery because of his alleged fall in the Unit II stairwell.

Upon review of the appellant's SOMS File, the appellant was endorsed to an appropriate level institution based on his DPP needs. Additionally, further review of the appellant's SOMS File revealed that on November 9, 2015, his DNM status was removed and that he was designated DPM on October 18, 2018. The appellant was not a participant in the DPP during the aforementioned time frames. There is no other history of modifications to the appellant's DPP codes since October 18, 2018. Therefore, the appellant's claim that medical staff removed his DPP codes on the day he was denied ADA assistance/day of his alleged fall is invalid.

Regarding the appellant's alleged fall in the Unit II stairwell, by the appellant's account there were no staff or inmate witnesses to the event, the event was not reported, and any sustained

Exhibit 13

injuries were not documented. Therefore, there is no reviewable information to determine that the event in fact occurred.

**REGULATIONS:** The rule governing this issue is:

Armstrong Remedial Plan

**DECISION:** This appeal is **DENIED**. The appellant failed to provide corroborating information on the subject of his appeal and he could not identify witnesses or provide documentation of any injury caused by his alleged fall down the Unit 2 stairwell.

The appellant is advised that this issue may be submitted to the Third Level of Review.

for RICK M. HILL
Warden
Folsom State Prison

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES
Government Claim Form
DGS ORIM 06 (Rev. 05/2016)

Government Claims Program
Office of Risk and Insurance Management
Department of General Services
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

1-800-955-0045 • www.dgs.ca.gov/orim/Programs/GovernmentClaims.aspx

For Office Use Only

**Is your claim complete?** Clear Form Print Form

- ☐ Include a check or money order for $25 payable to the State of California.
- ☐ Complete all sections relating to this claim and sign the form. Please print or type all information.
- ☐ Attach copies of any documentation that supports your claim. Please do not submit originals.

**Claimant Information** *Use name of business or entity if claimant is not an individual*

1 REED (Last name) LEE (First Name) A (MI)
2 Tel: —
3 Email: —
4 900 QUEBEC AVENUE (Mailing Address) Corcoran (City) Calf (State) 93212 (Zip)
5 Inmate or patient number, if applicable: T00587
6 Is the claimant under 18? If Yes, please give date of birth: NO 8-28-60
7

*If you are an insurance company claiming subrogation, please provide your insured's name in section 7.*

8

*If your claim relates to another claim or claimant, please provide the claim number or claimant's name in section 8.*

**Attorney or Representative Information**

9 REED (Last name) LEE (First Name) A (MI)
10 Tel: Same —
11 Email: —
12 SAME Above (Mailing Address) Same Above (City) — (State) — (Zip)
13 Relationship to claimant:

**Claim Information** *Please add attachments as necessary*

14 Is your claim for a stale-dated warrant (uncashed check)? ○ Yes ⊘ No *If No, skip to Step 15.*
State agency that issued the warrant:
Dollar amount of warrant: Date of issue:

15 Date of Incident: 10-24-18 MM/DD/YYYY
Was the incident more than six months ago? ⊘ Yes ○ No
If YES, did you attach a separate sheet with an explanation for the late filing? ⊘ Yes ○ No

16 State agencies or employees against whom this claim is filed: Folsom State Prison and their Correctional officers (C/Os) and medical staff.

17 Dollar amount of claim: ONE HUNDRED THOUSAND DOLLARS ($100,000.00)
If the amount is more than $10,000, indicate the type of civil case: TORT CLAIM and Medical Malpractice
○ Limited civil case ($25,000 or less)
⊘ Non-limited civil case (over $25,000)

Explain how you calculated the amount: Plaintiff claim amount is based upon defendants, inter alia, malicious and reckless conduct toward his serious medical condition pursuant to the outline of the award and damages, under the code of civil procedure of punitive and compensatory damages.

To the Government claims Program
Please Help? Im Filing A late claims form ON this
Date 5-24-2019
I was Just sent the 602 After ONE Year later
there Have been Ten Acts of reprisals they
Broke My #200 TV Stole My Property
But when they moved me to old folsom
state Prison Knowin that I HAD A Permanet
No stairs 128% This Act At the R&R unit where
I was told to Pick up 50 Pounds of Property
And walk Down stairs with Property In Hands
I fell Down the stair And suffered lower
Back Injury In the same Area where I Have
Six screw that were Permanet In My lower Back
Now the screw have moved Im In Great Pain Every
Day Im In Need of surgery to repair the
Damage that Has been Done but the refuse
To let me See out side Medical Help
More reprisals After A Year of Great Pain
Please Help me

| | |
|---|---|
| 18 | Location of the incident: FSP-old Folsom state Prison P.o. Box 71 REPRESA, CA 95671 |
| 19 | Describe the specific damage or injury: I Suffered lower Back Injury That Damaged the Hardware And six Screws Placed Inside of My lower Back from my First Surgery when I fell Down several flight of stairs In old Folsom |
| 20 | Explain the circumstances that led to the damage or injury: I ASK The R&R officer for Help "I told him I was ADA And I couldent Pick up The fifty Pounds of Boxes they told me fuck that Your taking It BACK BY Yourself this R&R C/o C. Nelson gave me a hand Truck (Dolly) To Navigate 20" flight of stair 3" Box each weighted 50 Ibs I fell down the stair way Thus damaging MY Medical Hardware Inside of MY Spine C/o Nelson Gross Act of Negligence And Deliberate Indifference towards MY ADA Needs |
| 21 | Explain why you believe the state is responsible for the damage or injury: I Have Medical chrones (128) which stated lower bunk ground level only - No stairs No lifting over 9 Ibs All Permeant the stat is liable because they should have Not Removed Any ADA Medical chronos I Have Now Suffered unreversable Damage that can Never be fixed by Any Means I should No Have Ever Been sent to folsom This was A Deliberate Act of Reprisals BY All State Actor under Dutys |
| 22 | Does the claim involve a state vehicle? ○ Yes ⊘ No |
| | If YES, provide the vehicle license number, if known: |

***Auto Insurance Information***

| | | | | |
|---|---|---|---|---|
| 23 | | | | |
| | *Name of Insurance Carrier* | | | |
| | | | | |
| | *Mailing Address* | *City* | *State* | *Zip* |
| | Policy Number: | | Tel: | |
| | Are you the registered owner of the vehicle? | | ⊙ Yes | ○ No |
| | If NO, state name of owner: | | | |
| | Has a claim been filed with your insurance carrier, or will it be filed? | | ○ Yes | ⊙ No |
| | Have you received any payment for this damage or injury? | | ○ Yes | ⊙ No |
| | If yes, what amount did you receive? | | | |
| | Amount of deductible, if any: | | | |
| | Claimant's Drivers License Number: | | Vehicle License Number: | |
| | Make of Vehicle: | Model: | Year: | |
| | Vehicle ID Number: | | | |

***Notice and Signature*** Lee Reed

| | |
|---|---|
| 24 | I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72). |
| | Lee Reed — Date: 3-1-20 |
| | *Signature of Claimant or Representative* *Printed Name* |
| 25 | Mail this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 989052, MS 414, West Sacramento, CA 95798-9052. Forms can also be delivered to the Office of Risk and Insurance Management, 707 3rd street, 1st Floor ORIM, West Sacramento, CA 95605. |

Exhibit 14

Version 4.7.2

Summary Bed Inventory ADA/EC History

Generate Reports / Get Help / Report a Problem Log Ou

CDC # : T00582 Search

CDC Number: T00582, REED, LEE A

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | T00582 [Other] |
| Name: | REED, LEE A |
| Institution: | Substance Abuse Treatment Facility and State Prison |
| Bed Code: | B 003 1004003LP |
| Placement Score: | 29 |
| Custody Level: | Medium A |
| Housing Pgm: | GP - Gen Pop |
| Housing Restrictions: | Ground Floor-No Stairs, Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | Lifting Restriction-Unable to Lift more than 19 Pounds, Special Cuffing Needed, No Rooftop Work, PERMANENT 12-31-9999 Months |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 12/05/2000 |
| DPP Codes: | DPM [History] |
| 1845 Date: | 10/18/2018 |
| MHSDS Code: | CCCMS |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE (Read): | 5.3 |
| TABE Date: | 09/24/2004 |
| Durable Medical Equipment: | Cane, C-PAP Machine, Mobility Vest, Eye Glasses, Foot Orthoses, Other, Shoes [Info] |
| Last Accomm: | Read/Speak Slowly/Use Simple Language, Staff Assistance |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 11/30/2000 |
| Last Return Date: | |
| Extended Stay Date: | 02/28/2001 |
| Extended Stay Privileges? | |
| Release Date: | 05/31/2023 |
| 120 Day Date: | 01/31/2023 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

Group Priv:
Group Work:
Start Date:
Status:
Job Position:
Job Title:
IWTIP Code:
IWTIP Description:
Regular Day Off:
Work Hours:

### Accommodation History

| | | |
|---|---|---|
| 01/21/2010 | Notice of Classification Hearing | Read/Speak Slowly/Use Simple Language, Staff Assistance |
| 01/21/2009 | Classification Hearing | Cane, Read/Speak Slowly/Use Simple Language, Staff Assistance |

Exhibit 15

Name: REED, LEE A. CDC #: T00582 PID #: 11253591

CHSS035B

# DPP Disability/Accommodation

Thursday January 24, 2019 08:29:40 AM

Date of Form: 10/18/2018
Facility: FOL-Facility A [FOL-A]
Staff Name: Penmetcha Vinay
Type of Form: DPP Verification

Time: 11:18:04

Data Source: Millennium

**DPP Disabilities**

| Type | Permanent Disabilities |
|---|---|
| Mobility | DPM-Mobility Impairment Impacting Placement |
| Hearing | |
| Vision | |
| Speech | |
| Kidney | |

**Equally Effective Communication for Hearing/Speech Impaired**

Requires Sign Language Interpreter: Undetermined

| | Effective Communication Method | Language |
|---|---|---|
| Primary: | | |
| Alternate: | | |

**Housing Restrictions**

| Restriction Type | Duration | Expiration Date | Re-Evaluation |
|---|---|---|---|
| Ground Floor-No Stairs | Permanent | 12/31/9999 | No |
| Lower/Bottom Bunk Only | Permanent | 12/31/9999 | No |

**Items Removed**

None

**Non Formulary Accomodations/Comments**

Uses cane now.Severe back pain. Bottom bunk and ground floor-

**Prior Page**

Show Last Updated Information

Exhibit 16

This inmate has one or more Movement Warnings that are active which should be reviewed before attempting to move this inmate.

Name: REED, LEE A.

CDC #: T00582 PID #: 11253591

IPTS020A

# External Movements

Monday January 14, 2019 03:44:32 PM

1 - 20 of 139

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|---|---|---|---|---|---|
| 11/13/2018 | 17:50 | SATF-Facility B | Received from another Facility | Bed Assignment (between Facilities) | SATF-Central Service |
| 11/13/2018 | 17:50 | SATF-Central Service | Transferred to Another Facility | Bed Assignment (between Facilities) | SATF-Facility B |
| 11/13/2018 | 15:55 | SATF-Central Service | Received from another Facility | Permanent Transfer | FOL-Facility A |
| 11/13/2018 | 08:42 | FOL-Facility A | Transferred to Another Facility | Permanent Transfer | SATF-Central Service |
| 08/21/2018 | 12:47 | FOL-Facility A | Received from another Facility | Bed Assignment (between Facilities) | FOL-Central Service |
| 08/21/2018 | 12:47 | FOL-Central Service | Transferred to Another Facility | Bed Assignment (between Facilities) | FOL-Facility A |
| 08/21/2018 | 11:01 | FOL-Central Service | Received from another Facility | Permanent Transfer | SAC-Facility C |
| 08/21/2018 | 10:45 | SAC-Facility C | Transferred to Another Facility | Permanent Transfer | FOL-Central Service |
| 07/18/2018 | 18:49 | SAC-Facility C | Received from another Facility | Bed Assignment (between Facilities) | SAC-STRH |
| 07/18/2018 | 18:49 | SAC-STRH | Transferred to Another Facility | Bed Assignment (between Facilities) | SAC-Facility C |
| 02/13/2018 | 18:57 | SAC-STRH | Received from another Facility | Bed Assignment (between Facilities) | SAC-Central Service |
| 02/13/2018 | 18:57 | SAC-Central Service | Transferred to Another Facility | Bed Assignment (between Facilities) | SAC-STRH |
| 02/13/2018 | 13:44 | SAC-Central Service | Received from another Facility | Permanent Transfer | SOL-Facility B |
| 02/13/2018 | 10:45 | SOL-Facility B | Transferred to Another Facility | Permanent Transfer | SAC-Central Service |
| 01/23/2018 | 21:23 | SOL-Facility B | Received from another Facility | Bed Assignment (between Facilities) | SOL-Facility A |
| 01/23/2018 | 21:23 | SOL-Facility A | Transferred to Another Facility | Bed Assignment (between Facilities) | SOL-Facility B |
| 10/05/2016 | 22:15 | SOL-Facility A | Received from another Facility | Bed Assignment (between Facilities) | SOL-Central Service |
| 10/05/2016 | 22:15 | SOL-Central Service | Transferred to Another Facility | Bed Assignment (between Facilities) | SOL-Facility A |
| 10/05/2016 | 13:00 | SOL-Central Service | Received from another Facility | Permanent Transfer | WSP-Facility D |
| 10/05/2016 | 06:13 | WSP-Facility D | Transferred to Another Facility | Permanent Transfer | SOL-Central Service |

**Disability & Effective Communication System**

Inmate DPP History

T00582 REED, LEE,A

Exhibit 17

| Physician Date | DPP Codes | Location Code | Physician Name |
|---|---|---|---|
| 10/18/2018 | DPM | FOL | UNKNOWN ,UNKNOWN |
| 11/09/2015 | = "DNM" Removed | LAC | MARCELO ,WILDER ,J |
| 09/28/2011 | DNM | CMF | J. BICK |
| 09/18/2009 | DNM | CMF | DR. N. SAUKULA |
| 05/04/2006 | DPM | | |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY Institution/Parole Region: SATF-0-18-06986 Log #: Category: 5

SAC-C-18-04146
BP-0-18-01098

FOR STAFF USE ONLY

1819595

T00582

You ... s and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Reed, Lee | T00582 | B1-D1-27L | N/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

TV Broken during transfer!

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):

(See Section A of CDCR 602-A)

B. Action requested (If you need more space, use Section B of the CDCR 602-A):

All I want is my TV replaced by a New TV of equivalent value, or money to buy a new one! - Thank you!

Supporting Documents: Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Lee Reed Date Submitted: 8-30-18

By placing my initials in this box, I waive my right to receive an interview.

FSP APPEALS OFFICE
AUG 31 2018
2018 SEP 12 AM 10: RECEIVED SP-SAC APPEALS
REC BY OOA
FEB 07 2019
CSATF APPEALS
DEC 06 2018
CSATF APPEALS
DEC 14 2018
RECEIVED ... APPEALS

C. First Level - Staff Use Only

Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section D.
☒ Rejected (See attached letter for instruction) Date: AU 9-4-18 Date: Date: Date:
☐ Cancelled (See attached letter) Date:
☒ Accepted at the First Level of Review.

Assigned to: K. Porter Title: Sgt. Date Assigned: 10/22/18 Date Due: 11/22/18

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 11/7/18 Interview Location: Via Telephone FSP

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: K. Porter (Print Name) Title: Sgt Signature: Date completed: 11/7/18

Reviewer: J. Clough (Print Name) Title: AW(A) Signature:

Date received by AC: 11/14/18

AC Use Only
Date mailed/delivered to appellant 11/14/18

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Im very Dissatisfied I Know that You Have looked on my Property sheet to see when MY t.v. came In and the statement is False Perjury on state Document And I never talked to anyone About my T.V. on a Phone call And I would like to file A police Report on the Distruction of Personal Property

Inmate/Parolee Signature: Zee Reed    Date Submitted: 12-13-2018

**E. Second Level - Staff Use Only**

Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☒ Rejected (See attached letter for instruction) Date: 12-17-18 Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: Z. [illegible] Title: [illegible] Date Assigned: 01/08/19 Date Due: 02-11-19

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 1/6/19    Interview Location: VIA PHONE FROM SAC TO SATF

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: Z. [illegible] (Print Name) Title: [illegible] Signature: [signature] Date completed: 1/10/19

Reviewer: J. Lynch (Print Name) Title: LL(A) Signature: [signature]

Date received by AC: 01-17-19

AC Use Only
Date mailed/delivered to appellant 01 / 18 / 19

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

I Am dissatisfied with the false statements and Perjury first They cant find the RBR staff Next my Personal Property was stolen by using trickery I will be Asking for An Investigation on How many other Inmates this has happend to Also See Section F Next Page

Inmate/Parolee Signature: Zee Reed    Date Submitted: 2-4-2019

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: ______
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant APR 24 201[illegible]

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY | Institution/Parole Region: SATF-O-18-06986 | Log #: SAC-C-18-04146 FSP-O-18-01098 | Category: 5

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| [illegible] | [illegible] | B1-1-R2 | A1 |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** On 8-21-18 I was transferred from New Folsom state prison to Old Folsom State prison. On 8-30-18 I was given my property. When I first left New Folsom my TV was tested to make sure it worked. Upon receiving my property here in Old Folsom officer [illegible] (prop. off.) tested my TV to find it no longer works. Sometime during the transfer my TV was broken. The title 15 clearly states that if [illegible] appliances is damaged during transfer I am not responsible and I am entitled to have it replaced, or I [illegible] the prison was transferring [illegible] I was [illegible]

FSP APPEALS OFFICE
AUG 31 2018

STAFF USE ONLY

RECEIVED
SEP 21 2018
SAC APPEAL

RECEIVED
DEC 27 2018

REC BY OOA
FEB 07 2019

Inmate/Parolee Signature: [illegible] Date Submitted: [illegible]

**B. Continuation of CDCR 602, Section B only (Action requested):**

Inmate/Parolee Signature: Date Submitted:

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

Inmate/Parolee Signature: Date Submitted:

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

According to the title 15 section 3193 (b) Liability The Department shall Accept libility for the loss or Destruction of Inmates Personal Property VIA Donated Property Items consistent with Section -- 3084.9. And 3191 (c)

Inmate/Parolee Signature: Date Submitted:

On November 6, 2018, an interview was conducted with Officer G. Wooden who works at SAC not FSP. Officer Wooden stated he trans-packed your property for your transfer to FSP. Officer Wooden stated you did not have a television and he did not pack one.

On November 6, 2018, an interview was conducted with CSP-SAC's C Facility Property Officer R. Hart. Officer Hart provided Sgt. Porter with your property inventory sheet provided to you on August 19, 2018, which was two days before you were trans packed for FSP (See attached 1083, dated 8/19/18) which shows you didn't have a television. Officer Hart also provided your original property card which shows you did not have a television on August 19, 2018.

In conclusion, your request to have your television replaced or to receive monetary compensation for the television is denied due to a lack of evidence that you ever had a television when you were at CSP-SAC.

**APPEAL DECISION**

For the reasons cited above, your appeal is **DENIED.**

(A)
J. PETERSON
Associate Warden (A)

Attachment: CDCR 1083 dated 8/19/18
VGA-142 dated 8/11/18

GJ: kp/vv

cc: Inmate Appeals Unit
Central File

SATF

**RE** California State Prison-Sacramento (CSP-SAC)
Second Level Review Response
Appeal Log #: SAC-C-18-04146
Date: January 10, 2019

B3 6-4C

Inmate: Reed (T-00582)

**APPEAL ISSUE**

Property

**APPEAL DECISION**

Denied

**APPEAL RESPONSE**

Warden David Baughman is the designated reviewer of this appeal at the Second Level of Review (SLR). Correctional Lieutenant Z. Robberecht was designated by Warden Baughman to conduct an inquiry into your appeal on his behalf, which included performing any necessary interviews and gathering the facts of this case. All submitted documentation and supporting arguments have been considered, including the interview conducted at the SLR. Additionally, a thorough inquiry was conducted regarding the claim presented by you and evaluated in accordance with CSP-SAC Operational Procedures (OP), the Department Operations Manual (DOM), and the California Code of Regulations (CCR), Title 15.

**SUMMARY OF APPEAL**

You state on August 21, 2018, your personal items where inventoried from your assigned cell on C Facility at CSP-SAC. You state your television was transpacked along with your personal belongings by CSP-SAC staff. Upon your arrival at Folsom State Prison (FSP), you allege the television had a broken screen.

You are requesting your television be replaced with a new television of equivalent value or monetary means to purchase a new one. On December 13, 2018, you submitted the second level appeal stating Sergeant Porter made false statements, committed perjury, and you would like to file a police report for the destruction of your property. You also state you never received an interview via telephone for the First Level of Review (FLR).

**SUMMARY OF INQUIRY**

The Department's rules regarding this issue are contained in the following CCR and DOM Sections:

- **CCR. 3191(c). Property Registration and Disposition.**
- **CCR. 3193(b). Property.**
- **CCR. 3004. Rights and Respect of Others.**
- **CCR. 3391. Employee Conduct.**
- **DOM Article 43 Inmate Property.**
- **DOM 54100.23.1 Lost or Damaged Property.**

A review of the Test of Adult Basic Education (TABE) list reveals you have a TABE score of 05.3. You are a participant in the Mental Health Services Delivery System at Correctional Clinical Case Management System level of careYour Developmental Disability Program code is Normal Cognitive Functioning indicating you do not require adaptive functioning services. Your Disability Placement Program code is DPM. Lt. Robberecht noted you spoke English and were able to answer questions related to this appeal where you did not appear to have any difficulty communicating and did not display any misunderstanding of the appeal issues.

'fective communication was achieved by speaking slowly, using simple words and terms, and you laved understanding of the issues related to this appeal by discussing the merits of your appeal, using

California State Prison-Sacramento (CSP-SAC)
Second Level Review Response
Appeal Log #: SAC-C-18-04146
Date: January 10, 2019
Inmate: Reed (T00582)
Page 2 of 2

your own words to relate those issues that were submitted on the California Department of Corrections and Rehabilitation (CDCR) Form 602, Inmate/Parolee Appeals Form.

Lt. Robberecht considered all submitted documentation and supporting arguments, including the telephone interview conducted on January 6, 2019 from CSP-SAC to California Substance Abuse treatment Facility. During the interview with Lt. Robberecht, you reiterated what was in your appeal. Lt Robberecht asked what you did with your broken television. You stated FSP Receiving and Releasing (R&R) Officer confiscated your television when you received it.

On November 6, 2018, Sgt. K. Porter interviewed Officer R. Hart for the FLR, regarding the specifics of this submitted appeal. Officer Hart provided Sgt. Porter with your property inventory sheet provided to you on August 19, 2018, which was two days before you were transpacked to go to FSP on August 21, 2018, and indicates you did not have a television. Officer Hart also provided your original property card, which shows you did not have a television on August 19, 2018.

Lt. Robberecht reviewed the FLR conducted by Sgt. Porter which included an interview with you via telephone to FSP.   Lt. Robberecht finds the FLR was conducted thoroughly and accurately. Lt. Robberecht reviewed all the submitted documentation; the Strategic Offender Management System, CDCR 1083, Inmate Property Inventory forms, dated August 15 and August 21, 2018, and your property card. Lt. Robberecht confirmed your property card did not have the television listed on August 15, 2018. Lt. Robberecht also interview Sgt. Porter on your allegation of not receiving an interview at the FLR. She stated she spoke with you while you were in FSP in building one via telephone.

On January 9, 2019, Lt. Robberecht interviewed FSP Property Officer C. Nelson. Officer Nelson stated he confiscated your television because it was broken and it did not belong to you, as it was not documented on your property card. Also the television was not in your possession or documented on your CDC 1083 when your property was issued on August 15, 2018. Additionally, the CDC 1083 dated February 12, 2018, which listed a television has a different seriel number than the CDC 1083 dated August, 21, 2018.

In review of all documentation, you failed to provide any solid evidence which would substantiate your allegations CSP-SAC custody staff damaged your television. Your request to have the television replaced with a new television of equivalent value or monetary means is denied. Your request to file a police report for the destruction of your property is denied.

## APPEAL DECISION

For the reasons cited above, your appeal is **DENIED.**

DAVID BAUGHMAN
Warden

DB: zr/vv

cc: Inmate Appeals Unit
    Central File

Number T-00582 Name REED

Priv./Date ____ Prop. Iss. Date ____ Rec'd Fol. ____

Crime/Term ____ Race ____ DOB ____

Parole/Discharge/Transfer ____

Date ____ Inst. ____ County ____

Valuables to be held by R & R: ____

Valuables to be retained by inmate: ____

I have inventoried all property sent to me from ____

I certify that this constitutes all my property with the following exceptions: ____

Issuing Officer ____

Returned from: ____ Inmate's signature ____

Returned from: ____ Returned from: ____

Returned from: ____

| Item | Serial Number | Engraved Y/N | From | Disposition | Inmate Signature | C/O |
|---|---|---|---|---|---|---|
| 1. Dig Ant | COC# | Y | union | 8-11-18 | [signature] | [initials] |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

Property Disposition:

| | Items | Disposition | Inmate Signature | C/O |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| PRINT | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | | | | |

VGA 142 (3/02)

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: Reed CDCR#: T00582 INSTITUTION: CSP SAC Page 1 of 1

REASON FOR INVENTORY: DATE: 8/15/18

SENT TO: # OF BOXES: 2 # OF BAGS:

**Personal Clothing**

- ☐ Athletic Shorts
- ☐ Athletic Supporter
- ☐ Briefs / Boxers
- ☐ Hats and Caps
- ☐ Head Band
- ☐ Rain Coat / Poncho
- ☐ Shoelaces
- ☐ Shower Shoes
- ☐ Slippers / House Shoes
- ☐ Socks
- ☒ Sweat Pants
- ☐ Sweat Shirts
- ☒ Tennis Shoes
- ☐ Thermal Tops
- ☐ Thermal Bottoms
- ☐ Undershirts
- ☐ Wave Caps

Female Specific

**Personal Care/Hygiene**

- ☐ After Shave
- ☒ Body Powder
- ☐ Comb/Hair Pick
- ☐ Cosmetic / Shave Bag
- ☐ Cotton Swabs
- ☐ Denture Adhesive
- ☐ Denture Cleanser
- ☐ Dental Flossers / Sliders
- ☐ Depilatory's (Magic Shave
- ☒ Deodorant
- ☐ Face Cream (Noxzema)
- ☐ Conditioner
- ☐ Hair Oil / Grease
- ☐ Hair Ties
- ☐ Insect Repellant
- ☐ Laundry Detergent
- ☐ Laundry Soap Bar
- ☐ Lip Balm
- ☒ Lotions / Baby Oil ..... 2/1
- ☐ Medication /Over Counter
- ☐ Mirror
- ☒ Mouth Wash ..... 1
- ☐ Muscle / Vapor Rub
- ☐ Nail Clipper
- ☐ Palm Brush / Comb
- ☐ Petroleum Jelly
- ☐ Razors, Disposable
- ☐ Shampoo
- ☐ Shaving Cream / Gel
- ☐ Soap Bars
- ☐ Soap liquid-body wash/dish
- ☐ Sunblock
- ☐ Toothbrush
- ☐ Toothbrush Holder
- ☒ Toothpaste / Powder
- ☐ Wash Cloths

**Female Specific**

**Food**

- ☐ Artificial Sweetener
- ☐ Beverages
- ☐ Candy; Bags ____ Bars
- ☐ Canned Food
- ☐ Cereals
- ☐ Cheese
- ☐ Chips / Taco Shells
- ☐ Cocoa
- ☐ Cookies
- ☐ Coffee
- ☐ Condiments
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Mix Drinks
- ☒ Food Pouches
- ☐ Supplements
- ☐ Meats, Dry
- ☐ Snack Items
- ☐ Nuts
- ☐ Peanut Butter
- ☐ Precooked Foods
- ☐ Protein Supplements
- ☐ Soups / Noodles
- ☐ Tea (Instant or Bags)
- ☐ Vitamins

**Miscellaneous Items**

- ☐ Address Book
- ☐ Audio Cassettes
- ☐ Ballpoint Pens
- ☐ Battery Recharger
- ☒ Batteries
- ☐ Books / Magazines / Newspapers
- ☒ Bowl
- ☐ Calendar
- ☐ Can Opener
- ☐ Card Stock / Drawing
- ☐ Chalk / Pastels
- ☐ Clock
- ☐ Combination Lock
- ☐ Compact Discs

- ☐ Correspondence Course
- ☐ Ear Plugs
- ☐ Envelopes
- ☐ Envelopes, Metered
- ☐ Extension Cord
- ☐ Greeting Cards
- ☐ Handkerchiefs/Bandannas
- ☐ Legal Material
- ☐ Legal Pads / Tablets
- ☐ Legal Size Folders Etc.
- ☐ Light Bulb
- ☐ Pencils
- ☐ Pencil Eraser
- ☐ Pencil Sharpener
- ☐ Photos, Loose
- ☐ Photo Albums
- ☐ Reading Glasses (Non-prescription - magnifying glasses)
- ☐ Stamps
- ☐ Stationery
- ☒ Sun Glasses
- ☐ Storage Container
- ☒ Tumbler / Cups ..... 2
- ☐ Wallet

Female Specific

**Games**

☐ Cards ☐ Checkers ☐ Chess
☐ Dominoes ☐ Scrabble

**Religious Items**

- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials:
- ☐ Bowl Chalice ____ ☐ Chalk ____
- ☐ Religious Medallion & Chain Color ____ Material ____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ____ ☐ Medicine Bag
- ☐ Miswak ____ ☐ Powders ____
- ☐ Prayer Beads ☐ Prayer Oil ____
- ☐ Prayer / Holy cards / Photos ____
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt
- ☐ Stones ____ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries
- ☐ Herbs:

**Registerable Property**

- ☐ Audio Entertainment Appliance ☐ AM/FM ☐ CD ☐ Cassette Make: S/N:
- ☐ Calculator
- ☐ CD Wallet
- ☐ Ear Buds / Headphones Make:
- ☒ Fan:
- ☐ Hair Clipper / Trimmer ☐ A/C ☐ Battery Make:
- ☐ Handicraft:
- ☒ Hot Pot:
- ☐ Lamp/Book Light ☐ A/C ☐ Battery Make:
- ☐ Musical Instrument: ☐ String Make: S/N:
- ☐ Razor / Groomer Make: ☐ A/C ☐ Battery
- ☐ Wedding Ring ☐ White Metal ☐ Yellow Metal Stones ☐ Yes ☐ No
- ☐ Television: ☐ B&W ☐ Color ☐ With CD player ☐ With Radio Tested: ☐ Works ☐ Doesn't Work Make: S/N:
- ☐ Electronic Tablet Make S/N:
- ☐ MP3 Make: S/N:
- ☐ Adapter ☐ Coaxial Cable ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter ☐ Manual ☐ A/C ☐ Battery Make: S/N:
- ☐ Watch: ☐ Wrist ☐ Pocket Make: ____ Color ____
- ☒ Battery Charger Make: Energizer

Female Specific

**Health Care Appliances**

**Additional Items**

Con Spices

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory) [signature] CDC# Date

☐ With this signature, I am receiving the property as marked on this inventory sheet.

Inmate Signature (upon inventory) CDC# Date

☒ Property Inventoried by: R. Reed [signature]
Staff Name (Print & Signature) Date 8/15/18

☐ Property Received by: Ward, K. [signature]
Staff Name (Print & Signature) Date 8-19-18

☐ Property Issued to Inmate by: C/O K. Ward [signature]
Staff Name (Print & Signature - upon inventory) Date 8-19-18

DISTRIBUTION - Original: R&R Copies: Inventory Officer Inmate Retained in Property being Shipped/Transferred

INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

NAME Reed [illegible] -00592 [illegible]

REASON FOR INVENTORY Transfer

Personal Clothing

[ ] Athletic Shorts
[ ] Athletic Sweatshirt
[ ] [illegible]
[ ] Hats and Caps
[ ] Head Band
[ ] [illegible]
[ ] Sneakers
[✓] Shower Shoes 1
[ ] [illegible]
[✓] Shoes 2
[✓] [illegible] 1
[ ] [illegible]
[✓] [illegible] 2
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]

Female Specific

[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]

Personal Care/Hygiene

[ ] After Shave
[ ] Body Powder
[ ] [illegible]
[ ] [illegible]
[ ] Cotton Swabs
[ ] Denture Adhesive
[ ] Denture Cleanser
[ ] [illegible]
[ ] [illegible]
[✓] Deodorant 1
[ ] [illegible]
[ ] [illegible]
[✓] [illegible] 1
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] Lip Balm
[✓] Lotion 4
[ ] [illegible]
[ ] Mirror
[✓] Mouthwash 3
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[✓] Shampoo 1
[ ] Shaving [illegible]
[ ] [illegible]
[ ] [illegible]
[ ] [illegible]
[✓] Toothbrush 1
[ ] Toothbrush [illegible]
[✓] Toothpaste 3
[ ] Wash Cloth

Female Specific

[illegible]

Food

[illegible] 4
[illegible] 2
[illegible] 3
[illegible] 1
[illegible] 11
[illegible] 2
[illegible] 3

Miscellaneous Items

[illegible]

Games

[illegible]

Religious Items

[illegible]

Additional Items

Braces - 1
Back Brace 1
Knee Brace - 4

[illegible]

RE: California State Prison-Sacramento (CSP-SAC)
First Level Reviewer Response
Appeal Log #: SAC-C-18-04146
Date: November 7, 2018

Inmate: Reed (T00582)

**APPEAL ISSUE**

Property

**APPEAL DECISION**

Denied

**APPEAL RESPONSE**

Correctional Sergeant (Sgt.) K. Porter was assigned to review your appeal at the First Level of Review (FLR) by Associate Warden J. Peterson and you were interviewed on November 6, 2018, via telephone at Folsom State Prison (FSP). A thorough inquiry was conducted regarding the claim presented by you and evaluated in accordance with CSP-SAC Operational Procedures (OP), the Department Operations Manual (DOM), and the California Code of Regulations (CCR), Title 15.

**SUMMARY OF APPEAL**

You claim on or about August 21, 2018, you were transferred from SAC to FSP. You claim your television was tested before you left SAC and it was working. On August 30, 2018, you claim Property Officer G. Wooden issued your television to you and it was not working.

You are requesting your television to be replaced with a new television of equivalent value or monetary means to purchase a new one.

**SUMMARY OF INQUIRY**

The Department's rules regarding this issue are contained in the following CCR and DOM Sections:

- **CCR. 3191(c). Property Registration and Disposition.**
- **CCR. 3193(b). Property.**
- **CCR. 3004. Rights and Respect of Others.**
- **CCR. 3391. Employee Conduct.**
- **DOM Article 43 Inmate Property.**
- **DOM 54100.23.1 Lost or Damaged Property.**

A review of the Test of Adult Basic Education (TABE) list reveals you have a TABE score of 5.3. Your Developmental Disability Program (DDP) code is Normal Cognitive Functioning indicating you do not require adaptive functioning services. Your Disability Placement Program code is Non-Applicable. Sgt. Porter noted you spoke English and were able to answer questions related to this appeal where you did not appear to have any difficulty communicating and did not display any misunderstanding of the appeal issues.

Effective communication was achieved by speaking slowly; using simple words and terms, and you displayed understanding of the issues related to this appeal by discussing the merits of your appeal, using your own words to relate those issues that were submitted on the California Department of Corrections and Rehabilitation (CDCR) Form 602, Inmate/Parolee Appeals Form.

You were interviewed on November 7, 2018, by Sgt. Porter, via telephone in FSP Building One. At this time you were afforded an opportunity to include additional information and provide a statement regarding this appeal. You stated everything you wrote down in your CDCR 602 explains your issue, and you had nothing further to add.

# PERSONAL PROPERTY INVENTORY SHEET

[ 3 ] BOXES SCH. [ T ] FROM: CSP-SOL TO: [ SAC

NAME: REED, L CDC NUMBER: T00582

**APPLIANCES**

TELEVISION: Black-White (Color)
S/N [TL1508H83/597N T33 70033]
Tested: ☑ Working ☐ Broken ☐ Untested

AUDIO / CASSETTE PLAYER / CD
S/N [ ]
Tested: ☐ Working ☐ Broken ☐ Untested

POCKET RADIO / CASSETTE-WALKMAN
S/N [ ]
Tested: ☐ Working ☐ Broken ☐ Untested

TYPEWRITER
S/N [ ]
Tested: ☐ Working ☐ Broken ☐ Untested

1 CALCULATOR

| Item | Count |
|---|---|
| AC POWER ADAPTER | |
| TV CABLE | 1 |
| BATTERIES | 1111 |
| CASSETTE TAPES | |
| MUSIC CDs | |
| 1 HEADPHONES | 1 |
| EXTENSION CORD | |
| FAN (Working) / Broken | 1 |
| HOT POT | 1 |
| LAMP | |
| TRIMMER-ELECTRIC / BATTERY; 1 BATTERY CHARGER | 1 |

**PERSONAL VALUABLES**

| Item | Count |
|---|---|
| NECKLACE: Beads / Plastic | |
| CHAIN MEDALLION: Y / M - W / M | |
| FALSE TEETH | |
| GLASSES: Sun w/o Case | 1 |
| GLASSES: 2 RX w/Case | 𝍸 |
| WALLET | |
| WATCH: | |
| Black Y / M - W / M ☐ Working ☐ Broken | |
| WEDDING BAND: Y / M - W / M | |
| HOBBIE CRAFT ITEMS / SEWING | 1 |

**CLOTHING**

| Item | Count |
|---|---|
| BALL CAP | |
| BEANIE ~~CAP~~ RELIGIOUS | 1 |
| DEW RAG / CAP | |
| BANDANA / HANKEE | |
| BELT | |
| BOXERS / BRIEFS | |
| LEVIS / PANTS | |
| LEVIS / SHORTS | |
| LEVIS / JACKET | |
| SHIRT S/S | |
| SHIRT L/S | |
| SHIRT TEE / TANK | |
| SHOWER THONGS | |
| SHOES TENNIS | 1 PAIR |
| SHOES (MISC) | 1 PAIR |
| SOCKS | |
| SWEAT PANTS | 1 |
| SWEAT SHIRT | |
| GYM SHORTS | |
| THERMAL BOTTOM | |
| THERMAL TOP | |
| WEIGHT GLOVES | |
| SLING SHOT T-SHIRTS | |
| 2 PRAYER BEADS | |

**LETTERS / BOOKS / PHOTOS**

| Item | Count |
|---|---|
| ADDRESS BOOK | |
| BIBLE / RELIGIOUS BOOKS | |
| BOOKS (MISC) | |
| DICTIONARY | |
| ENVELOPES (PLAIN) | |
| ENVELOPES (STAMPED) | |
| LETTERS (MISC) / LETTERS (LEGAL) | 1 BOX |
| MAGAZINES | |
| PHOTOS (MISC) | MKL |
| PHOTO ALBUM | |
| STAMPS (SINGLE) | |
| TABLETS / LOOSE LEAF | |
| PENCILS / PENS | |
| 1 SMALL BOTTLE PRAYER OIL | |

**COSMETICS / TOILETRIES**

| Item | Count |
|---|---|
| AFTERSHAVE | |
| SHAVE CREAM | |
| BABY OIL (USED) | 11 |
| BABY POWDER (USED) | 11 |
| COMBS / BRUSHES | 11 |
| DEODORANT | 𝍸 |
| HAIR GREASE | |
| HAIR GEL | 1 |
| LOTION USED | 111 |
| MIRROR | |
| NAIL CLIPPER | 1 |
| SEW KIT | |
| SHAMPOO | |
| CONDITIONER | |
| SOAP | |
| SOAP DISH | |
| TOOTHBRUSH | 1 |
| TOOTH BRUSH CASE | |
| TOOTHPASTE 1 USED | 11 |
| MOUTHWASH USED | 11 |
| 1 BODY WASH 1/2 | 11 |

**FOOD / UTENSIL**

| Item | Count |
|---|---|
| [redacted] MACKEREL PACKET | 1 |
| CANNED FOODS | 𝍸 |
| COOKIES | |
| [redacted] OPEN FRIED BEANS | 1 |
| [redacted] SODA CAN | 11 |
| MAC & CHEESE | |
| [redacted] MAYONAISE (USED) | 1111 |
| SOUPS TOP RAMEN | 19 |
| COFFEE [redacted] OPEN BAG | 1 |
| FORK / SPOON | 1 |
| TUMBLER | 11 |
| BOWL | 11 |
| TUPPERWARE ITEMS | |
| VITAMINS (MISC) / ALLERGY OTC | 11 |
| PROTEIN POWDER: New / Used | |
| SPICES (MISC) | 𝍸 11 |
| 1 OPEN BOX SWEETENER | |

**MISCELLANEOUS ITEMS**

| Item | Count |
|---|---|
| INHALERS (RX) | 𝍸 11 |
| IBUPROFEN TABLETS | 𝍸 111 |
| OTC OINTMENTS TUBE | 11 |
| EYE DROPS | 1 |
| NASACORT (OTC) | 1 |
| 1 TUBE FLOURIDE TOOTHPASTE | 1 |
| BAGGED RX MEDS | 1 |
| MISC LEG WRAP/ACES | 111 |

INVENTORIED BY: ESTEBAN
TITLE: C/O
UNIT: ADSEG WATCH: 2/W

The above listed items constitute all of my NON-STATE issued property:
Inmate's signature: Lee Reed CDC Number: T00582 Date: 2 / 12 / 20

I have received all the above listed property and valuables intact, and in good condition.
Inmate's signature: ______ CDC Number: ______ Date: __ / __ / __
Personal property returned by: ______ Title: ______ Date: __ / __ / __
Institution: ______ Facility / Dept: ______

WALKENHORST'S
540 Technology Way, Napa, CA 94558
Phone Toll Free: 800-660-9255 · Fax 707-261-4020
www.walkenhorsts.com

27 137 27

**SALES ORDER**
**Special Purchase / OS**

| Facility | Date |
|---|---|
| CSPLA | 02/02/16 |

CA1W9

Ship To:
LEE REED T00582 B2-136_
CA State Prison - L.A. County
44750 60th Street West
LANCASTER, CA 93536

| Cust PO / Reference | Order | Quote | Rep | Ship Via |
|---|---|---|---|---|
| PHONE CC | 2048944 | 3984446 | GM | Ground Shipping |

| L | S | Item | Model | Qty | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 38428020 | TL-1337-TP-A NS | 1 | Hiteker 13" Clear LCD TV **No Speakers** | 169.90 | [illegible] |
| 2 | | 1500 | | 1 | California Electronic Recycle Fee | 3.00 | [illegible] |
| | | 30 | | 1 | Shipping | 6.99 | [illegible] |

00818

Subtotal
Sales Tax
Total

[illegible] subject to change without notice. All included accessories and original [illegible] required for [illegible] Returns [illegible] manufacturer's warranty period. Shipping charges are not [illegible] restrictions apply.