1
2
3
4
5
6
7
8                        **IN THE UNITED STATES DISTRICT COURT**
9                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | LEE ANDREW REED,         | No.  2:20-CV-0512-TLN-DMC-P
12 |         Plaintiff,
13 |     v.                   | ORDER
14 | C. NELSON,
15 |         Defendant.
16

17      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
18 42 U.S.C. § 1983.  An answer has been filed and the case is now at issue.
19      The undersigned is referring all post-screening civil rights cases filed by pro se
20 state inmates to the Post-Screening ADR (Alternative Dispute Resolution) Project in an effort to
21 resolve such cases more expeditiously and less expensively. Defense counsel from the Office of
22 the California Attorney General has agreed to participate in this pilot project. No defenses or
23 objections shall be waived by their participation.
24      As set forth in the screening order, Plaintiff has stated a potentially cognizable
25 civil rights claim. Thus, the Court stays this action for a period of 120 days to allow the parties to
26 investigate Plaintiff's claims, meet and confer, and then participate in a settlement conference.
27 / / /
28 / / /

        There is a presumption that all post-screening prisoner civil rights cases assigned to the undersigned will proceed to settlement conference.[1] However, if after investigating Plaintiff's claims and speaking with Plaintiff, and after conferring with defense counsel's supervisor, defense counsel in good faith finds that a settlement conference would be a waste of resources, defense counsel may move to opt out of this pilot project.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    This action is stayed for 120 days from the date of this order to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action.  The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.

        2.    Any motion to opt out of the Post-screening ADR Project shall be filed within 30 days from the date of this order.

        3.    If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

        4.    The parties remain obligated to keep the Court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." <u>See</u> Local Rule 182(f).

Dated:  December 1, 2021

                                                        DENNIS M. COTA
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] If the case does not settle, the Court will issue a discovery and scheduling order.