IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ANDREW REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. NELSON, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-0512-TLN-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2021, the Court referred the matter to Alternative Dispute Resolution and stayed proceedings for 120 days. See ECCF No. 21. On January 19, 2022, the matter was set for a settlement conference before Magistrate Judge Jeremy D. Peterson on June 8, 2022. See ECF No. 22. On the Court's own motion, the stay of proceedings is extended through this date.

　　　　IT IS SO ORDERED.

Dated:  January 20, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE