IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ANDREW REED,<br><br>    Plaintiff,<br><br>    v.<br><br>C. NELSON,<br><br>    Defendant. | No. 2:20-CV-0512-DJC-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's unopposed motion, ECF No. 31, for modification of the schedule for this case.

       A review of the docket reflects that discovery closed on January 23, 2023. See ECF No. 27. On January 25, 2023, the Court extended the time to file motions to compel to March 24, 2023, and the time to file dispositive motions to June 25, 2023. See ECF No. 29. Defendant filed a timely motion to compel on March 23, 2023, and now seeks additional time to file a dispositive motion following the Court's ruling on the pending motion to compel. Good cause appearing therefor, Defendant's motion will be granted. The Court will vacate the dispositive motion filing deadline, to be re-set upon resolution of Defendant's motion to compel by separate order.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion, ECF No. 31, to modify the schedule is granted.

2. The dispositive motion filing deadline is vacated pending resolution of Defendant's motion to compel by separate order.

Dated:  June 14, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE