1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LEE ANDREW REED,                      No.  2:20-CV-0512-DJC-DMC-P

12            Plaintiff,                   ORDER

13         v.                              and

14   C. NELSON,                            FINDINGS AND RECOMMENDATIONS

15            Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.   Pending before the Court is Defendant's unopposed motion, ECF No. 35, to

19   dismiss this action as a sanction for failure to comply with the Court's June 16, 2023, order

20   directing Plaintiff to serve responses to discovery requests.

21          On June 16, 2023, the Court granted Defendant's unopposed motion to compel and

22   ordered Plaintiff to serve responses to discovery requests within 30 days.  See ECF No. 34.  In the

23   pending motion for terminating sanctions, Defendant states that, as of the date of fling of the

24   motion on August 1, 2023, Plaintiff had not complied.  See ECF No. 35.  Further, the Court's

25   review of the docket in this case reflects that mail directed to Plaintiff was returned undeliverable

26   on July 5, 2023, and, to date, Plaintiff has not filed a notice of change of address as required

27   under Eastern District of California Local Rule 183(b).

28   / / /

                                              1

1    The Court must weigh five factors before imposing the harsh sanction of dismissal.

2    See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal

3    Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are: (1) the public's interest in

4    expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of

5    prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits;

6    and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran, 46 F.3d 52,

7    53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an appropriate

8    sanction is considered a less drastic alternative sufficient to satisfy the last factor.  See Malone,

9    833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where

10   there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.

11   1986).  Dismissal has also been held to be an appropriate sanction for failure to inform the district

12   court and parties of a change of address pursuant to local rules.  See Carey v. King, 856 F.2d

13   1439, 1440-41 (9th Cir. 1988) (per curiam).

14   Having considered these factors, and in light of Plaintiff's failure to comply with

15   the Court's June 16, 2023, order to serve responses to discovery as well as Plaintiff's failure to

16   submit a notice of change of address, the Court finds that dismissal of this action is appropriate.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

1    Based on the foregoing, the undersigned orders and recommends as follows:

2    1.    It is RECOMMENDED that Defendant's unopposed motion to dismiss,

3    ECF No. 35, be granted and that this action be dismissed, without prejudice, for lack of

4    prosecution and failure to comply with court rules and orders.

5    2.    It is ORDERED that Defendant's motion to vacate the dispositive motion

6    filing deadliner pending the Court's final ruling on Defendant's motion to dismiss, ECF No. 36, is

7    granted.

8    These findings and recommendations are submitted to the United States District

9    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

10   after being served with these findings and recommendations, any party may file written

11   objections with the court.  Responses to objections shall be filed within 14 days after service of

12   objections.  Failure to file objections within the specified time may waive the right to appeal.  See

13   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14

15   Dated:  October 11, 2023

16                                    _____
                                      DENNIS M. COTA
17                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28